IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CAMERON LEE NEWTON,<br><br>          Defendant. | CR-25-18-M-DLC<br><br>ORDER |

As discussed in open court today,

IT IS ORDERED that Defendant Cameron Lee Newton be released from the Missoula County Detention Facility at 10:00 a.m. on June 5, 2025.

DATED this 4th day of June, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge