IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON LEE NEWTON,<br><br>Defendant. | CR 25–18–M–DLC<br><br><br><br>ORDER |

    Defendant Cameron Lee Newton has filed an Unopposed Motion to Enlarge Time to File Pretrial Motions. (Doc. 22.) Newton seeks an extension of the deadline by one week, from June 13, 2025, to June 20, 2025.

    Accordingly, IT IS ORDERED that the Motion (Doc. 22) is GRANTED. The pretrial motions deadline is reset to June 20, 2025.

    DATED this 13th day of June, 2025.

Dana L. Christensen, District Judge
United States District Court