IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON LEE NEWTON,<br><br>Defendant. | CR 25-18-M-DLC<br><br>ORDER |

Before the Court is the United States of America's unopposed motion for final order of forfeiture (Doc. 48.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on September 19, 2025, that forfeited the Defendant's interest. (Doc. 46.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 47.)

4. It appears there is cause to issue a forfeiture order for the property listed within this order under 18 U.S.C. § 924(d), and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 48) is GRANTED.

    2.    Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Ruger EC9S, 9mm caliber pistol, S/N: 46235345
- Any associated ammunition and accessories.

    3.    The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 2nd day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court